796 A.2d 246

IN THE MATTER OF JEFFREY M. SPIEGEL,
AN ATTORNEY AT LAW.

May 13, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–182, concluding that as a matter of reciprocal discipline, **JEFFREY M. SPIEGEL** of **WARWICK, NEW YORK,** who was admitted to the bar of this State in 1992, and who was temporarily suspended from practice pursuant to *Rule* 1:20–13(b) by Order of the Court filed on October 20, 2000, and who remains suspended at this time, should be suspended from the practice of law for a period three years based on discipline imposed by the Supreme Court of New York on February 25, 1999, for conduct constituting violations of *RPC* 8.4(b)(commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation) and good cause appearing;

It is ORDERED that **JEFFREY M. SPIEGEL** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to October 20, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.